IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DENISE KOCAK,                                            Case No.: 8:21-cv-00310-KKM-SPF

        Plaintiff,

v.

PALM SHORES RETIREMENT
COMMUNITY, INC., a Florida
Not For Profit Corporation,

        Defendant.
_____/

**NOTICE OF SETTLEMENT AND JOINT**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Denise Kocak, ("Kocak"), and Palm Shores Retirement Community, Inc., a Florida Not For Profit Corporation ("Palm Shores"), pursuant to Rule 41(a)(1)(A), *Federal Rules of Civil Procedure* and Local Rule 3.09, hereby inform the Court that they have reached a resolution of this matter and jointly stipulate to the dismissal of this action, including any and all claims of Kocak against Palm Shores, whether or not asserted, with prejudice. Each party shall bear their own attorneys' fees and costs in connection with this matter.

    DATED this 18th day of August, 2021.

| | |
|---|---|
| */s/ Alexander T. Harne* | */s/ Correy B. Karbiener* |
| NOAH STORCH | BRIAN J. MORAN |
| FL Bar No.: 85476 | FL Bar No.: 827241 |
| noah@floridaovertimelawyer.com | bmoran@morankidd.com |
| ALEXANDER T. HARNE | CHRISTOPHER R. PARKINSON |
| FL Bar No.: 126932 | FL Bar No.: 112114 |
| aharne@floridaovertimelawyer.com | cparkinson@morankidd.com |
| Richard Celler Legal, P.A. | CORREY B. KARBIENER |
| 10368 W State Road 84 Ste 103 | FL Bar No.: 125413 |
| Davie, FL 33324 | ckarbiener@morankidd.com |
| Telephone: (866)-344-9243 | Moran Kidd Lyons Johnson Garcia, P.A. |
| Facsimile: (954) 337-2771 | 111 N. Orange Avenue, Suite 900 |
| Attorneys for Plaintiff, Kocak | Orlando, FL 32801-472 |
| | Secondary E-mail: eservices@morankidd.com |
| | Tel. (407) 841-4141; Fax: (407) 841-4148 |
| | Attorneys for Defendant, Palm Shores |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: NOAH E. STORCH and ALEXANDER T. HARNE, Richard Celler Legal, P.A., 10368 W. SR 84, Suite 103, Davie, FL 33324 (noah@floridaovertimelawyer.com) (andres@floridaovertimelawyer.com) (aharne@floridaovertimelawyer.com).

                                                    */s/ Correy B. Karbiener*
                                                    CORREY B. KARBIENER