UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE KOCAK,

    Plaintiff,

v.                                           Case No. 8:21-cv-0310-KKM-SPF

PALM SHORES RETIREMENT
COMMUNITY, INC.,

    Defendant.
_____/

## ORDER

The Court has been advised that this case has settled. (Docs. 17.) Accordingly, consistent with Local Rule 3.09(b), it is ordered that this case is **dismissed without prejudice**, subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on August 18, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge